FEER REALTY CORPORATION, Respondent, *v.* CHARLES F. DOWE, Appellant.

Argued November 17, 1939; decided November 30, 1939.

*Philip Pearlman* for appellant.
*Ruth Ransom* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.